THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 Johnny R. Husk, Petitioner
 v.
 State of South Carolina, Respondent
 
 

ON WRIT OF CERTIORARI

Appeal From Aiken County
Reginald L. Lloyd, Trial Judge
 Doyet A. Early, III, Post-Conviction
 Relief Judge

Unpublished Opinion No. 2008-UP-265
 Submitted April 1, 2008  Filed May 16,
 2008   

APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney Wanda H. Carter, of Columbia; Johnny R. Husk,
 of Ridgeland; for Petitioner.
 Assistant Attorney General Ashley McMahan, of Columbia, for
 Respondent.
 
 
 

PER CURIAM: Petitioner
 seeks a writ of certiorari from the denial of his application for
 post-conviction relief (PCR).  The State does not object to the PCR judges
 finding that petitioner did not knowingly and intelligently waive his right to
 a direct appeal.  Accordingly, we grant the petition for a writ of certiorari
 and proceed with a review of the direct appeal issue pursuant to Davis v.
 State, 288 S.C. 290, 342 S.E.2d 60 (1986).
Petitioners appeal is dismissed,[1] after consideration of his pro se brief, counsels brief, and
 review pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsels
 motion to be relieved is granted.
APPEAL DISMISSED.
Huff, Kittredge and Williams,
 JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.